## SOUTHERN CALIFORNIA EDISON CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.

No. 445.   Decided January 7, 1963.

*Harry W. Sturges, Jr., Oscar A. Trippet* and *Thomas H. Carver* for appellant.

*William M. Bennett* for appellee.

*Herman F. Selvin* and *Joseph R. Rensch* for Southern California Gas Co. et al.

PER CURIAM.

The motion of Southern California Gas Company and Southern Counties Gas Company of California to correct title and caption is granted.

The motions to dismiss are granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## THOMAS *v.* CALIFORNIA.

No. 635, Misc.   Decided January 7, 1963.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.